UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-1-BO-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MOHAMED KAID ALNAMER | ) | |

THIS CAUSE is before the Court on Defendant's Motion for Authorization of Funds for Interpreter pursuant to the Criminal Justice Act in which the amount will exceed the statutory maximum of Five Hundred Dollars ($500.00). Such funds are specifically authorized by the Criminal Justice Act, therefore, the motion is hereby GRANTED. *Not to exceed $450*

DONE and ORDERED in Chambers at Raleigh, North Carolina this 17 day of March, 2011.

The Honorable Terrence W. Boyle
United States District Judge